UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 21-CV-20802-HUCK/Becerra

SHEILA HAGER,
A citizen and resident of Michigan

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD, a
Liberian Corporation,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, SHEILA HAGER, and Defendant, ROYAL CARIBBEAN CRUISES LTD, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal of the above-styled action with prejudice, each party to bear its respective costs and fees. The Court will retain jurisdiction to enforce the terms of the settlement agreement between the Parties.

Date:   June 7, 2022
         Miami, Florida

*Hager v. RCCL*
*Case No.: 21-cv-20802*

Respectfully submitted,

| | |
|---|---|
| **BY***:/s/Nicholas I. Gerson, Esq.* | **BY***:/s/Andrew D. Craven* |
| **GERSON & SCHWARTZ, P.A.** | **The Chartwell Law Offices, LLP** |
| Philip M. Gerson, Esq. | Andrew D. Craven, Esq. |
| pgerson@gslawusa.com | acraven@chartwelllaw.com |
| Nicholas I. Gerson, Esq. | 100 SE 2nd Street, Suite 2150 |
| ngerson@gslawusa.com | Miami, FL 33131 |
| Edward S. Schwartz, Esq. | *Counsel for Defendant* |
| eschwartz@gslawusa.com | |
| David L. Markel, Esq. | |
| dmarkel@gslawusa.com | |
| 1980 Coral Way | |
| Miami, Florida 33145 | |
| Telephone: 305-371-6000 | |
| Facsimile:  305-371-5749 | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on June 7, 2022. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By:  *Nicholas I. Gerson*
Nicholas I. Gerson
Florida Bar No.: 0020899
ngerson@gslawusa.com
GERSON & SCHWARTZ, P.A.

*Hager v. RCCL*
*Case No.: 21-cv-20802*

# SERVICE LIST

## SHEILA HAGER v. ROYAL CARIBBEAN CRUISES LTD.

### Case No.: 21-CV-20802-HUCK/BECERRA

| | |
|---|---|
| **Philip M. Gerson, Esq.**<br>Florida Bar No.: 127290<br>pgerson@gslawusa.com<br>**Nicholas I. Gerson, Esq.**<br>Florida Bar No. 20899<br>ngerson@gslawusa.com<br>**Edward S. Schwartz, Esq.**<br>Florida Bar No. 346721<br>eschwartz@gslawusa.com<br>**David L. Markel, Esq.**<br>Florida Bar No. 78306<br>dmarkel@gslawusa.com<br>**Brian M. Andino, Esq.**<br>Florida Bar No. 119847<br>bandino@gslawusa.com<br>Gerson& Schwartz, P.A.<br>1980 Coral Way<br>Miami, Florida 33145<br>Telephone:(305) 371-6000<br>Facsimile:(305) 371-5749<br>*Attorneys for Plaintiff* | **Andrew D. Craven, Esq.**<br>Florida Bar No.: 185388<br>acraven@chartwelllaw.com<br>The Chartwell Law Offices, LLP<br>100 SE 2nst Street., Suite 2150<br>Miami, FL 33131<br>*Attorneys for Defendant* |