UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CV-20802-HUCK/Becerra

SHEILA HAGER,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD,

    Defendant.

_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 68], filed June 7, 2022. In their Stipulation, the parties request the Court retain jurisdiction to enforce the terms of the parties' settlement agreement. Therefore, it is,

**ORDERED and ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED AS MOOT**. The Court will retain jurisdiction over this matter to the extent necessary to enforce the terms of the parties' settlement agreement. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in Chambers in Miami, Florida on June 8, 2022.

_____
Paul C. Huck
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Honorable Jacqueline Becerra
Counsel of Record